<HTML>

<HEAD>

<META NAME="Generator" CONTENT="WordPerfect 9">

<TITLE></TITLE>

</HEAD>

<BODY TEXT="#000000" LINK="#0000ff" VLINK="#551a8b" ALINK="#ff0000" BGCOLOR="#c0c0c0">

NO. 07-02-0062-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 23, 2003

______________________________

JAMES RAY BARROW, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 242ND DISTRICT COURT OF SWISHER COUNTY;

NO. B3232-99-07-CR; HONORABLE ED SELF, JUDGE

_______________________________

Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION (1)

Appellant James Ray Barrow appeals the revocation of his community supervision.

We affirm the revocation.

On his plea of guilty, appellant was convicted on May 23, 2000, of the offense of

delivery of cocaine. In accordance with his plea agreement, he was sentenced by the trial

court to 10 years confinement in the Institutional Division of the Texas Department of

Criminal Justice and a $1,000 fine, the trial court suspending the period of confinement

and placing appellant on community supervision for ten years.  

The State filed a motion to revoke appellant's community supervision on November

3, 2001, alleging violation of six of its conditions. The violations alleged included failing

to report, failing to maintain employment, failing to pay required fees and costs, failing to

perform community service, failing to submit to drug and alcohol testing, and failing to pay

a "Crime Stoppers" fee.  At a January 9, 2002, hearing on the motion, appellant pled true

to each of the six violations. On being questioned by the trial court, appellant stated that

he understood the potential consequences of his plea and that he had not been promised

anything in exchange for his plea.  A written stipulation of evidence signed and sworn to

by appellant, stating that he had committed each of the violations alleged by the State, was

admitted in evidence. The appellant also took the stand and testified at the hearing. He

asked the court to continue his community supervision, adding participation in a restitution

center as a condition of it.

The State presented the testimony of appellant's community supervision officer. At

the conclusion of the hearing, the trial court found each of the State's allegations true,

revoked appellant's community supervision, and sentenced him to 10 years confinement

in the Institutional Division of the Texas Department of Criminal Justice.  Appellant timely

filed a notice of appeal.

Appellant's counsel has filed a brief stating that he has carefully examined the

record and researched the law, and is unable to find a meritorious error to argue to this

Court. The brief thoroughly discusses the evidence presented at the hearing on the motion

to revoke. Counsel concludes that there is no reversible error in this case, and that the

appeal is frivolous. See Anders v. California, 386 U.S. 738, 744-45, 87 S.Ct.1396, 18

L.Ed.2d 493 (1967). Nevertheless, citing Currie v. State, 516 S.W.2d 684 (Tex.Crim.App.

1974), counsel presents a single point presenting the question whether the evidence

before the trial court was legally and factually sufficient to permit the court to find that

appellant violated the terms and conditions of his community supervision.  Counsel also

has filed a motion to withdraw and by letter informed appellant of his rights to review the

trial record and to file a pro se brief.  See Johnson v. State, 885 S.W.2d 641

(Tex.App.--Waco 1994, pet. ref'd).  By letter dated July 9, 2002, this Court also notified

appellant of his opportunity to submit a response to the Anders brief and motion to

withdraw filed by his counsel, granting him until August 12, 2002, to do so. This court's

letter also reminded appellant to contact his counsel if he needed to review any part of the

appellate record to prepare a response. Appellant has not filed a brief or other response.

In conformity with the standards set out by the United States Supreme Court, we will

not rule on the motion to withdraw until we have independently examined the record.

Nichols v. State, 954 S.W.2d 83, 86 (Tex.App.--San Antonio 1997, no pet.).  If this court

determines the appeal has merit, we will remand it to the trial court for appointment of new

counsel.  See Stafford v. State, 813 S.W.2d 503, 511 (Tex.Crim.App. 1991).  

Appellate review of a revocation order is limited to determining whether the trial

court abused its discretion.  Cardona v. State, 665 S.W.2d 492, 493 (Tex.Crim.App. 1984);

Jackson v. State, 645 S.W.2d 303, 305 (Tex.Crim.App. 1983). The trial court abuses its

discretion in revoking community supervision if the State fails to meet its burden of proof.  

Cardona, 665 S.W.2d at 494.  

In a revocation proceeding, the State must prove by a preponderance of the

evidence that appellant violated a condition of community supervision as alleged in the

motion to revoke.  Cobb v. State, 851 S.W.2d 871, 874 (Tex.Crim.App. 1993). The trial

judge in such a proceeding is the sole trier of the facts. Taylor v. State, 604 S.W.2d 175,

179 (Tex.Crim.App. 1980). A defendant's plea of true to an alleged violation, standing

alone, is sufficient to support the revocation. Moses v. State, 590 S.W.2d 469, 470

(Tex.Crim.App. 1979).

In determining the sufficiency of the evidence to sustain a revocation, we view the

evidence in the light most favorable to the trial court's ruling. (2)  Jones v. State, 589 S.W.2d

419, 421 (Tex.Crim.App. 1979). Appellant's pleas of true to all six alleged violations of the

conditions of his community supervision and the stipulation of evidence amply support the

court's judgment and there is nothing in the record to suggest that appellant was

incompetent or that his pleas and stipulation were not made knowingly, voluntarily or

intelligently. The record contains some evidence in mitigation of some of appellant's

violations, but when, as here, more than one violation is alleged, proof of any one of them

is sufficient to support the revocation.  Moore v. State, 605 S.W.2d 924, 926

(Tex.Crim.App. 1980); Gobell v. State, 528 S.W.2d 223 (Tex.Crim.App. 1975); McCollum

v. State, 784 S.W.2d 702, 704-05 (Tex.App.--Houston [14th Dist.] 1990, pet. ref'd).

Our review convinces us that appellate counsel conducted a diligent and

conscientious review of the record. We have also made an independent examination of

the entire record to determine whether there are any arguable grounds which might

support the appeal. (3)  See Stafford, 813 S.W.2d at 511.  We agree it presents no

meritorious grounds for review. The trial court did not abuse its discretion in revoking

appellant's community supervision. We overrule the point considered by appellant's

counsel, grant counsel's motion to withdraw and affirm the judgment of the trial court.

James T. Campbell

        Justice

Do not publish.

1. Tex. R. App. P. 47.4.

2. In his brief, appellant's counsel cites the standard set forth in Clewis v. State, 922

S.W.2d 126 (Tex.Crim.App. 1996) as the standard to be applied to a review of the factual

sufficiency of the State's evidence in support of revocation. Like other courts of appeals

who have considered the question, see Becker v. State, 33 S.W.3d 64 (Tex.App.--El Paso,

2000, no pet.), we have not applied Clewis to community supervision revocations. We

note, though, that even under that standard, the trial court's judgment would be sustained,

as it is not so contrary to the overwhelming weight of the evidence as to be clearly wrong

and unjust. Clewis, 922 S.W.2d at 129.  

3. Our review is limited, though, to any issues related to revocation of appellant's

community supervision.  Tex. Code Crim. Proc. art. 42.12 23(b); see Manuel v. State, 994

S.W.2d 658, 661-62 (Tex.Crim.App. 1999).  

</BODY>

</HTML>

Name="Medium Grid 3 Accent 2"/>

 <w:LsdException Locked="false" Priority="70" SemiHidden="false"

  UnhideWhenUsed="false" Name="Dark List Accent 2"/>

 <w:LsdException Locked="false" Priority="71" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful Shading Accent 2"/>

 <w:LsdException Locked="false" Priority="72" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful List Accent 2"/>

 <w:LsdException Locked="false" Priority="73" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful Grid Accent 2"/>

 <w:LsdException Locked="false" Priority="60" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light Shading Accent 3"/>

 <w:LsdException Locked="false" Priority="61" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light List Accent 3"/>

 <w:LsdException Locked="false" Priority="62" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light Grid Accent 3"/>

 <w:LsdException Locked="false" Priority="63" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Shading 1 Accent 3"/>

 <w:LsdException Locked="false" Priority="64" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Shading 2 Accent 3"/>

 <w:LsdException Locked="false" Priority="65" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium List 1 Accent 3"/>

 <w:LsdException Locked="false" Priority="66" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium List 2 Accent 3"/>

 <w:LsdException Locked="false" Priority="67" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 1 Accent 3"/>

 <w:LsdException Locked="false" Priority="68" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 2 Accent 3"/>

 <w:LsdException Locked="false" Priority="69" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 3 Accent 3"/>

 <w:LsdException Locked="false" Priority="70" SemiHidden="false"

  UnhideWhenUsed="false" Name="Dark List Accent 3"/>

 <w:LsdException Locked="false" Priority="71" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful Shading Accent 3"/>

 <w:LsdException Locked="false" Priority="72" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful List Accent 3"/>

 <w:LsdException Locked="false" Priority="73" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful Grid Accent 3"/>

 <w:LsdException Locked="false" Priority="60" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light Shading Accent 4"/>

 <w:LsdException Locked="false" Priority="61" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light List Accent 4"/>

 <w:LsdException Locked="false" Priority="62" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light Grid Accent 4"/>

 <w:LsdException Locked="false" Priority="63" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Shading 1 Accent 4"/>

 <w:LsdException Locked="false" Priority="64" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Shading 2 Accent 4"/>

 <w:LsdException Locked="false" Priority="65" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium List 1 Accent 4"/>

 <w:LsdException Locked="false" Priority="66" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium List 2 Accent 4"/>

 <w:LsdException Locked="false" Priority="67" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 1 Accent 4"/>

 <w:LsdException Locked="false" Priority="68" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 2 Accent 4"/>

 <w:LsdException Locked="false" Priority="69" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 3 Accent 4"/>

 <w:LsdException Locked="false" Priority="70" SemiHidden="false"

  UnhideWhenUsed="false" Name="Dark List Accent 4"/>

 <w:LsdException Locked="false" Priority="71" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful Shading Accent 4"/>

 <w:LsdException Locked="false" Priority="72" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful List Accent 4"/>

 <w:LsdException Locked="false" Priority="73" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful Grid Accent 4"/>

 <w:LsdException Locked="false" Priority="60" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light Shading Accent 5"/>

 <w:LsdException Locked="false" Priority="61" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light List Accent 5"/>

 <w:LsdException Locked="false" Priority="62" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light Grid Accent 5"/>

 <w:LsdException Locked="false" Priority="63" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Shading 1 Accent 5"/>

 <w:LsdException Locked="false" Priority="64" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Shading 2 Accent 5"/>

 <w:LsdException Locked="false" Priority="65" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium List 1 Accent 5"/>

 <w:LsdException Locked="false" Priority="66" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium List 2 Accent 5"/>

 <w:LsdException Locked="false" Priority="67" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 1 Accent 5"/>

 <w:LsdException Locked="false" Priority="68" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 2 Accent 5"/>

 <w:LsdException Locked="false" Priority="69" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 3 Accent 5"/>

 <w:LsdException Locked="false" Priority="70" SemiHidden="false"

  UnhideWhenUsed="false" Name="Dark List Accent 5"/>

 <w:LsdException Locked="false" Priority="71" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful Shading Accent 5"/>

 <w:LsdException Locked="false" Priority="72" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful List Accent 5"/>

 <w:LsdException Locked="false" Priority="73" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful Grid Accent 5"/>

 <w:LsdException Locked="false" Priority="60" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light Shading Accent 6"/>

 <w:LsdException Locked="false" Priority="61" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light List Accent 6"/>

 <w:LsdException Locked="false" Priority="62" SemiHidden="false"

  UnhideWhenUsed="false" Name="Light Grid Accent 6"/>

 <w:LsdException Locked="false" Priority="63" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Shading 1 Accent 6"/>

 <w:LsdException Locked="false" Priority="64" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Shading 2 Accent 6"/>

 <w:LsdException Locked="false" Priority="65" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium List 1 Accent 6"/>

 <w:LsdException Locked="false" Priority="66" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium List 2 Accent 6"/>

 <w:LsdException Locked="false" Priority="67" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 1 Accent 6"/>

 <w:LsdException Locked="false" Priority="68" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 2 Accent 6"/>

 <w:LsdException Locked="false" Priority="69" SemiHidden="false"

  UnhideWhenUsed="false" Name="Medium Grid 3 Accent 6"/>

 <w:LsdException Locked="false" Priority="70" SemiHidden="false"

  UnhideWhenUsed="false" Name="Dark List Accent 6"/>

 <w:LsdException Locked="false" Priority="71" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful Shading Accent 6"/>

 <w:LsdException Locked="false" Priority="72" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful List Accent 6"/>

 <w:LsdException Locked="false" Priority="73" SemiHidden="false"

  UnhideWhenUsed="false" Name="Colorful Grid Accent 6"/>

 <w:LsdException Locked="false" Priority="19" SemiHidden="false"

  UnhideWhenUsed="false" QFormat="true" Name="Subtle Emphasis"/>

 <w:LsdException Locked="false" Priority="21" SemiHidden="false"

  UnhideWhenUsed="false" QFormat="true" Name="Intense Emphasis"/>

 <w:LsdException Locked="false" Priority="31" SemiHidden="false"

  UnhideWhenUsed="false" QFormat="true" Name="Subtle Reference"/>

 <w:LsdException Locked="false" Priority="32" SemiHidden="false"

  UnhideWhenUsed="false" QFormat="true" Name="Intense Reference"/>

 <w:LsdException Locked="false" Priority="33" SemiHidden="false"

  UnhideWhenUsed="false" QFormat="true" Name="Book Title"/>

 <w:LsdException Locked="false" Priority="37" Name="Bibliography"/>

 <w:LsdException Locked="false" Priority="39" QFormat="true" Name="TOC Heading"/>

</w:LatentStyles>

</xml><![endif]-->

<style>

<!--

/* Font Definitions */

@font-face

{font-family:"Cambria Math";

panose-1:2 4 5 3 5 4 6 3 2 4;

mso-font-charset:1;

mso-generic-font-family:roman;

mso-font-format:other;

mso-font-pitch:variable;

mso-font-signature:0 0 0 0 0 0;}

@font-face

{font-family:Tahoma;

panose-1:2 11 6 4 3 5 4 4 2 4;

mso-font-charset:0;

mso-generic-font-family:swiss;

mso-font-format:other;

mso-font-pitch:variable;

mso-font-signature:3 0 0 0 1 0;}

@font-face

{font-family:"WP TypographicSymbols";

panose-1:0 0 4 0 0 0 0 0 0 0;

mso-font-charset:0;

mso-generic-font-family:auto;

mso-font-pitch:variable;

mso-font-signature:3 0 0 0 1 0;}

/* Style Definitions */

p.MsoNormal, li.MsoNormal, div.MsoNormal

{mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-parent:"";

margin-top:0in;

margin-right:0in;

margin-bottom:10.0pt;

margin-left:0in;

line-height:115%;

mso-pagination:widow-orphan;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

mso-bidi-language:EN-US;}

h1

{mso-style-priority:9;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-link:"Heading 1 Char";

mso-style-next:Normal;

margin-top:24.0pt;

margin-right:0in;

margin-bottom:0in;

margin-left:0in;

margin-bottom:.0001pt;

line-height:115%;

mso-pagination:widow-orphan lines-together;

page-break-after:avoid;

mso-outline-level:1;

font-size:14.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#365F91;

mso-font-kerning:0pt;

mso-bidi-language:EN-US;}

h2

{mso-style-noshow:yes;

mso-style-priority:9;

mso-style-qformat:yes;

mso-style-link:"Heading 2 Char";

mso-style-next:Normal;

margin-top:10.0pt;

margin-right:0in;

margin-bottom:0in;

margin-left:0in;

margin-bottom:.0001pt;

line-height:115%;

mso-pagination:widow-orphan lines-together;

page-break-after:avoid;

mso-outline-level:2;

font-size:13.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#4F81BD;

mso-bidi-language:EN-US;}

h3

{mso-style-noshow:yes;

mso-style-priority:9;

mso-style-qformat:yes;

mso-style-link:"Heading 3 Char";

mso-style-next:Normal;

margin-top:10.0pt;

margin-right:0in;

margin-bottom:0in;

margin-left:0in;

margin-bottom:.0001pt;

line-height:115%;

mso-pagination:widow-orphan lines-together;

page-break-after:avoid;

mso-outline-level:3;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#4F81BD;

mso-bidi-language:EN-US;}

h4

{mso-style-noshow:yes;

mso-style-priority:9;

mso-style-qformat:yes;

mso-style-link:"Heading 4 Char";

mso-style-next:Normal;

margin-top:10.0pt;

margin-right:0in;

margin-bottom:0in;

margin-left:0in;

margin-bottom:.0001pt;

line-height:115%;

mso-pagination:widow-orphan lines-together;

page-break-after:avoid;

mso-outline-level:4;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#4F81BD;

mso-bidi-language:EN-US;

font-style:italic;}

h5

{mso-style-noshow:yes;

mso-style-priority:9;

mso-style-qformat:yes;

mso-style-link:"Heading 5 Char";

mso-style-next:Normal;

margin-top:10.0pt;

margin-right:0in;

margin-bottom:0in;

margin-left:0in;

margin-bottom:.0001pt;

line-height:115%;

mso-pagination:widow-orphan lines-together;

page-break-after:avoid;

mso-outline-level:5;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#243F60;

mso-bidi-language:EN-US;

font-weight:normal;}

h6

{mso-style-noshow:yes;

mso-style-priority:9;

mso-style-qformat:yes;

mso-style-link:"Heading 6 Char";

mso-style-next:Normal;

margin-top:10.0pt;

margin-right:0in;

margin-bottom:0in;

margin-left:0in;

margin-bottom:.0001pt;

line-height:115%;

mso-pagination:widow-orphan lines-together;

page-break-after:avoid;

mso-outline-level:6;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#243F60;

mso-bidi-language:EN-US;

font-weight:normal;

font-style:italic;}

p.MsoHeading7, li.MsoHeading7, div.MsoHeading7

{mso-style-noshow:yes;

mso-style-priority:9;

mso-style-qformat:yes;

mso-style-link:"Heading 7 Char";

mso-style-next:Normal;

margin-top:10.0pt;

margin-right:0in;

margin-bottom:0in;

margin-left:0in;

margin-bottom:.0001pt;

line-height:115%;

mso-pagination:widow-orphan lines-together;

page-break-after:avoid;

mso-outline-level:7;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#404040;

mso-bidi-language:EN-US;

font-style:italic;}

p.MsoHeading8, li.MsoHeading8, div.MsoHeading8

{mso-style-noshow:yes;

mso-style-priority:9;

mso-style-qformat:yes;

mso-style-link:"Heading 8 Char";

mso-style-next:Normal;

margin-top:10.0pt;

margin-right:0in;

margin-bottom:0in;

margin-left:0in;

margin-bottom:.0001pt;

line-height:115%;

mso-pagination:widow-orphan lines-together;

page-break-after:avoid;

mso-outline-level:8;

font-size:10.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#4F81BD;

mso-bidi-language:EN-US;}

p.MsoHeading9, li.MsoHeading9, div.MsoHeading9

{mso-style-noshow:yes;

mso-style-priority:9;

mso-style-qformat:yes;

mso-style-link:"Heading 9 Char";

mso-style-next:Normal;

margin-top:10.0pt;

margin-right:0in;

margin-bottom:0in;

margin-left:0in;

margin-bottom:.0001pt;

line-height:115%;

mso-pagination:widow-orphan lines-together;

page-break-after:avoid;

mso-outline-level:9;

font-size:10.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#404040;

mso-bidi-language:EN-US;

font-style:italic;}

p.MsoHeader, li.MsoHeader, div.MsoHeader

{mso-style-noshow:yes;

mso-style-priority:99;

mso-style-link:"Header Char";

margin-top:0in;

margin-right:0in;

margin-bottom:10.0pt;

margin-left:0in;

line-height:115%;

mso-pagination:widow-orphan;

tab-stops:center 3.25in right 6.5in;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

mso-bidi-language:EN-US;}

p.MsoFooter, li.MsoFooter, div.MsoFooter

{mso-style-priority:99;

mso-style-link:"Footer Char";

margin-top:0in;

margin-right:0in;

margin-bottom:10.0pt;

margin-left:0in;

line-height:115%;

mso-pagination:widow-orphan;

tab-stops:center 3.25in right 6.5in;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

mso-bidi-language:EN-US;}

p.MsoCaption, li.MsoCaption, div.MsoCaption

{mso-style-noshow:yes;

mso-style-priority:35;

mso-style-qformat:yes;

mso-style-next:Normal;

margin-top:0in;

margin-right:0in;

margin-bottom:10.0pt;

margin-left:0in;

mso-pagination:widow-orphan;

font-size:9.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

color:#4F81BD;

mso-bidi-language:EN-US;

font-weight:bold;}

p.MsoTitle, li.MsoTitle, div.MsoTitle

{mso-style-priority:10;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-link:"Title Char";

mso-style-next:Normal;

margin-top:0in;

margin-right:0in;

margin-bottom:15.0pt;

margin-left:0in;

mso-add-space:auto;

mso-pagination:widow-orphan;

border:none;

mso-border-bottom-alt:solid #4F81BD 1.0pt;

padding:0in;

mso-padding-alt:0in 0in 4.0pt 0in;

font-size:26.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#17365D;

letter-spacing:.25pt;

mso-font-kerning:14.0pt;

mso-bidi-language:EN-US;}

p.MsoTitleCxSpFirst, li.MsoTitleCxSpFirst, div.MsoTitleCxSpFirst

{mso-style-priority:10;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-link:"Title Char";

mso-style-next:Normal;

mso-style-type:export-only;

margin:0in;

margin-bottom:.0001pt;

mso-add-space:auto;

mso-pagination:widow-orphan;

border:none;

mso-border-bottom-alt:solid #4F81BD 1.0pt;

padding:0in;

mso-padding-alt:0in 0in 4.0pt 0in;

font-size:26.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#17365D;

letter-spacing:.25pt;

mso-font-kerning:14.0pt;

mso-bidi-language:EN-US;}

p.MsoTitleCxSpMiddle, li.MsoTitleCxSpMiddle, div.MsoTitleCxSpMiddle

{mso-style-priority:10;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-link:"Title Char";

mso-style-next:Normal;

mso-style-type:export-only;

margin:0in;

margin-bottom:.0001pt;

mso-add-space:auto;

mso-pagination:widow-orphan;

border:none;

mso-border-bottom-alt:solid #4F81BD 1.0pt;

padding:0in;

mso-padding-alt:0in 0in 4.0pt 0in;

font-size:26.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#17365D;

letter-spacing:.25pt;

mso-font-kerning:14.0pt;

mso-bidi-language:EN-US;}

p.MsoTitleCxSpLast, li.MsoTitleCxSpLast, div.MsoTitleCxSpLast

{mso-style-priority:10;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-link:"Title Char";

mso-style-next:Normal;

mso-style-type:export-only;

margin-top:0in;

margin-right:0in;

margin-bottom:15.0pt;

margin-left:0in;

mso-add-space:auto;

mso-pagination:widow-orphan;

border:none;

mso-border-bottom-alt:solid #4F81BD 1.0pt;

padding:0in;

mso-padding-alt:0in 0in 4.0pt 0in;

font-size:26.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#17365D;

letter-spacing:.25pt;

mso-font-kerning:14.0pt;

mso-bidi-language:EN-US;}

p.MsoSubtitle, li.MsoSubtitle, div.MsoSubtitle

{mso-style-priority:11;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-link:"Subtitle Char";

mso-style-next:Normal;

margin-top:0in;

margin-right:0in;

margin-bottom:10.0pt;

margin-left:0in;

line-height:115%;

mso-pagination:widow-orphan;

font-size:12.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#4F81BD;

letter-spacing:.75pt;

mso-bidi-language:EN-US;

font-style:italic;}

p.MsoAcetate, li.MsoAcetate, div.MsoAcetate

{mso-style-noshow:yes;

mso-style-priority:99;

mso-style-link:"Balloon Text Char";

margin:0in;

margin-bottom:.0001pt;

mso-pagination:widow-orphan;

font-size:8.0pt;

font-family:"Tahoma","sans-serif";

mso-fareast-font-family:Arial;

mso-bidi-font-family:Tahoma;

mso-bidi-language:EN-US;}

p.MsoNoSpacing, li.MsoNoSpacing, div.MsoNoSpacing

{mso-style-priority:1;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-parent:"";

margin:0in;

margin-bottom:.0001pt;

mso-pagination:widow-orphan;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

mso-bidi-language:EN-US;}

p.MsoListParagraph, li.MsoListParagraph, div.MsoListParagraph

{mso-style-priority:34;

mso-style-unhide:no;

mso-style-qformat:yes;

margin-top:0in;

margin-right:0in;

margin-bottom:10.0pt;

margin-left:.5in;

mso-add-space:auto;

line-height:115%;

mso-pagination:widow-orphan;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

mso-bidi-language:EN-US;}

p.MsoListParagraphCxSpFirst, li.MsoListParagraphCxSpFirst, div.MsoListParagraphCxSpFirst

{mso-style-priority:34;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-type:export-only;

margin-top:0in;

margin-right:0in;

margin-bottom:0in;

margin-left:.5in;

margin-bottom:.0001pt;

mso-add-space:auto;

line-height:115%;

mso-pagination:widow-orphan;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

mso-bidi-language:EN-US;}

p.MsoListParagraphCxSpMiddle, li.MsoListParagraphCxSpMiddle, div.MsoListParagraphCxSpMiddle

{mso-style-priority:34;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-type:export-only;

margin-top:0in;

margin-right:0in;

margin-bottom:0in;

margin-left:.5in;

margin-bottom:.0001pt;

mso-add-space:auto;

line-height:115%;

mso-pagination:widow-orphan;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

mso-bidi-language:EN-US;}

p.MsoListParagraphCxSpLast, li.MsoListParagraphCxSpLast, div.MsoListParagraphCxSpLast

{mso-style-priority:34;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-type:export-only;

margin-top:0in;

margin-right:0in;

margin-bottom:10.0pt;

margin-left:.5in;

mso-add-space:auto;

line-height:115%;

mso-pagination:widow-orphan;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

mso-bidi-language:EN-US;}

p.MsoQuote, li.MsoQuote, div.MsoQuote

{mso-style-priority:29;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-link:"Quote Char";

mso-style-next:Normal;

margin-top:0in;

margin-right:0in;

margin-bottom:10.0pt;

margin-left:0in;

line-height:115%;

mso-pagination:widow-orphan;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

color:black;

mso-bidi-language:EN-US;

font-style:italic;}

p.MsoIntenseQuote, li.MsoIntenseQuote, div.MsoIntenseQuote

{mso-style-priority:30;

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-link:"Intense Quote Char";

mso-style-next:Normal;

margin-top:10.0pt;

margin-right:.65in;

margin-bottom:14.0pt;

margin-left:.65in;

line-height:115%;

mso-pagination:widow-orphan;

border:none;

mso-border-bottom-alt:solid #4F81BD .5pt;

padding:0in;

mso-padding-alt:0in 0in 4.0pt 0in;

font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

color:#4F81BD;

mso-bidi-language:EN-US;

font-weight:bold;

font-style:italic;}

span.MsoSubtleEmphasis

{mso-style-priority:19;

mso-style-unhide:no;

mso-style-qformat:yes;

color:gray;

font-style:italic;}

span.MsoIntenseEmphasis

{mso-style-priority:21;

mso-style-unhide:no;

mso-style-qformat:yes;

color:#4F81BD;

font-weight:bold;

font-style:italic;}

span.MsoSubtleReference

{mso-style-priority:31;

mso-style-unhide:no;

mso-style-qformat:yes;

font-variant:small-caps;

color:#C0504D;

text-decoration:underline;

text-underline:single;}

span.MsoIntenseReference

{mso-style-priority:32;

mso-style-unhide:no;

mso-style-qformat:yes;

font-variant:small-caps;

color:#C0504D;

letter-spacing:.25pt;

font-weight:bold;

text-decoration:underline;

text-underline:single;}

span.MsoBookTitle

{mso-style-priority:33;

mso-style-unhide:no;

mso-style-qformat:yes;

font-variant:small-caps;

letter-spacing:.25pt;

font-weight:bold;}

p.MsoTocHeading, li.MsoTocHeading, div.MsoTocHeading

{mso-style-noshow:yes;

mso-style-priority:39;

mso-style-qformat:yes;

mso-style-parent:"Heading 1";

mso-style-next:Normal;

margin-top:24.0pt;

margin-right:0in;

margin-bottom:0in;

margin-left:0in;

margin-bottom:.0001pt;

line-height:115%;

mso-pagination:widow-orphan lines-together;

page-break-after:avoid;

font-size:14.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:"Times New Roman";

mso-bidi-font-family:"Times New Roman";

color:#365F91;

mso-bidi-language:EN-US;

font-weight:bold;}

span.Heading1Char

{mso-style-name:"Heading 1 Char";

mso-style-priority:9;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Heading 1";

mso-ansi-font-size:14.0pt;

mso-bidi-font-size:14.0pt;

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#365F91;

font-weight:bold;}

span.Heading2Char

{mso-style-name:"Heading 2 Char";

mso-style-noshow:yes;

mso-style-priority:9;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Heading 2";

mso-ansi-font-size:13.0pt;

mso-bidi-font-size:13.0pt;

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#4F81BD;

font-weight:bold;}

span.Heading3Char

{mso-style-name:"Heading 3 Char";

mso-style-priority:9;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Heading 3";

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#4F81BD;

font-weight:bold;}

span.Heading4Char

{mso-style-name:"Heading 4 Char";

mso-style-priority:9;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Heading 4";

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#4F81BD;

font-weight:bold;

font-style:italic;}

span.Heading5Char

{mso-style-name:"Heading 5 Char";

mso-style-priority:9;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Heading 5";

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#243F60;}

span.Heading6Char

{mso-style-name:"Heading 6 Char";

mso-style-priority:9;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Heading 6";

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#243F60;

font-style:italic;}

span.Heading7Char

{mso-style-name:"Heading 7 Char";

mso-style-priority:9;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Heading 7";

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#404040;

font-style:italic;}

span.Heading8Char

{mso-style-name:"Heading 8 Char";

mso-style-priority:9;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Heading 8";

mso-ansi-font-size:10.0pt;

mso-bidi-font-size:10.0pt;

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#4F81BD;}

span.Heading9Char

{mso-style-name:"Heading 9 Char";

mso-style-priority:9;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Heading 9";

mso-ansi-font-size:10.0pt;

mso-bidi-font-size:10.0pt;

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#404040;

font-style:italic;}

span.TitleChar

{mso-style-name:"Title Char";

mso-style-priority:10;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:Title;

mso-ansi-font-size:26.0pt;

mso-bidi-font-size:26.0pt;

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#17365D;

letter-spacing:.25pt;

mso-font-kerning:14.0pt;}

span.SubtitleChar

{mso-style-name:"Subtitle Char";

mso-style-priority:11;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:Subtitle;

mso-ansi-font-size:12.0pt;

mso-bidi-font-size:12.0pt;

font-family:"Arial","sans-serif";

mso-ascii-font-family:Arial;

mso-fareast-font-family:"Times New Roman";

mso-hansi-font-family:Arial;

mso-bidi-font-family:"Times New Roman";

color:#4F81BD;

letter-spacing:.75pt;

font-style:italic;}

span.QuoteChar

{mso-style-name:"Quote Char";

mso-style-priority:29;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:Quote;

color:black;

font-style:italic;}

span.IntenseQuoteChar

{mso-style-name:"Intense Quote Char";

mso-style-priority:30;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Intense Quote";

color:#4F81BD;

font-weight:bold;

font-style:italic;}

p.NewDocument, li.NewDocument, div.NewDocument

{mso-style-name:"New Document";

mso-style-unhide:no;

mso-style-qformat:yes;

mso-style-next:Normal;

margin-top:0in;

margin-right:0in;

margin-bottom:10.0pt;

margin-left:0in;

line-height:115%;

mso-pagination:widow-orphan;

font-size:12.0pt;

mso-bidi-font-size:11.0pt;

font-family:"Arial","sans-serif";

mso-fareast-font-family:Arial;

mso-bidi-language:EN-US;}

span.BalloonTextChar

{mso-style-name:"Balloon Text Char";

mso-style-noshow:yes;

mso-style-priority:99;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:"Balloon Text";

mso-ansi-font-size:8.0pt;

mso-bidi-font-size:8.0pt;

font-family:"Tahoma","sans-serif";

mso-ascii-font-family:Tahoma;

mso-hansi-font-family:Tahoma;

mso-bidi-font-family:Tahoma;

mso-bidi-language:EN-US;}

span.HeaderChar

{mso-style-name:"Header Char";

mso-style-noshow:yes;

mso-style-priority:99;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:Header;

mso-ansi-font-size:11.0pt;

mso-bidi-font-size:11.0pt;

mso-bidi-language:EN-US;}

span.FooterChar

{mso-style-name:"Footer Char";

mso-style-priority:99;

mso-style-unhide:no;

mso-style-locked:yes;

mso-style-link:Footer;

mso-ansi-font-size:11.0pt;

mso-bidi-font-size:11.0pt;

mso-bidi-language:EN-US;}

span.SpellE

{mso-style-name:"";

mso-spl-e:yes;}

span.GramE

{mso-style-name:"";

mso-gram-e:yes;}

.MsoChpDefault

{mso-style-type:export-only;

mso-default-props:yes;

font-size:10.0pt;

mso-ansi-font-size:10.0pt;

mso-bidi-font-size:10.0pt;

mso-ascii-font-family:Arial;

mso-fareast-font-family:Arial;

mso-hansi-font-family:Arial;

mso-bidi-font-family:Arial;}

/* Page Definitions */

@page

{mso-footnote-separator:url("07-10-0508.CR2%20opinion_files/header.htm") fs;

mso-footnote-continuation-separator:url("07-10-0508.CR2%20opinion_files/header.htm") fcs;

mso-endnote-separator:url("07-10-0508.CR2%20opinion_files/header.htm") es;

mso-endnote-continuation-separator:url("07-10-0508.CR2%20opinion_files/header.htm") ecs;}

@page WordSection1

{size:8.5in 11.0in;

margin:1.0in 1.0in 1.0in 1.0in;

mso-header-margin:.5in;

mso-footer-margin:.5in;

mso-page-numbers:1;

mso-title-page:yes;

mso-footer:url("07-10-0508.CR2%20opinion_files/header.htm") f1;

mso-paper-source:0;}

div.WordSection1

{page:WordSection1;}

@page WordSection2

{size:8.5in 11.0in;

margin:1.0in 1.0in 1.0in 1.0in;

mso-header-margin:.5in;

mso-footer-margin:.5in;

mso-title-page:yes;

mso-footer:url("07-10-0508.CR2%20opinion_files/header.htm") f2;

mso-paper-source:0;}

div.WordSection2

{page:WordSection2;}

-->

</style>

<!--[if gte mso 10]>

<style>

/* Style Definitions */

table.MsoNormalTable

{mso-style-name:"Table Normal";

mso-tstyle-rowband-size:0;

mso-tstyle-colband-size:0;

mso-style-noshow:yes;

mso-style-priority:99;

mso-style-qformat:yes;

mso-style-parent:"";

mso-padding-alt:0in 5.4pt 0in 5.4pt;

mso-para-margin:0in;

mso-para-margin-bottom:.0001pt;

mso-pagination:widow-orphan;

font-size:10.0pt;

font-family:"Arial","sans-serif";}

</style>

<![endif]--><!--[if gte mso 9]><xml>

<o:shapedefaults v:ext="edit" spidmax="1026"/>

</xml><![endif]--><!--[if gte mso 9]><xml>

<o:shapelayout v:ext="edit">

 <o:idmap v:ext="edit" data="1"/>

</o:shapelayout></xml><![endif]-->

</head>

<body lang=EN-US style='tab-interval:.5in'>

NO. 07-10-00508-CR<o:p></o:p>

<o:p> </o:p>

IN THE COURT OF APPEALS<o:p></o:p>

<o:p> </o:p>

FOR THE

SEVENTH DISTRICT OF TEXAS<o:p></o:p>

<o:p> </o:p>

AT

AMARILLO<o:p></o:p>

<o:p> </o:p>

PANEL A<o:p></o:p>

<o:p> </o:p>

APRIL

19, 2011<o:p></o:p>

<o:p> </o:p>

<o:p> </o:p>

LESHAWN MCREYNOLDS, APPELLANT<o:p></o:p>

<o:p> </o:p>

v.<o:p></o:p>

<o:p> </o:p>

THE STATE OF TEXAS, APPELLEE <o:p></o:p>

<o:p> </o:p>

<o:p> </o:p>

FROM THE 108TH DISTRICT COURT OF POTTER

COUNTY;<o:p></o:p>

<o:p> </o:p>

NO. 60,114-E; HONORABLE DOUGLAS WOODBURN, JUDGE<o:p></o:p>

<o:p> </o:p>

<o:p> </o:p>

Before CAMPBELL

and HANCOCK and PIRTLE, JJ.<o:p></o:p>

<o:p> </o:p>

<o:p> </o:p>

MEMORANDUM OPINION<o:p></o:p>

<o:p> </o:p>

Appellant, LeShawn McReynolds,

appeals an Order of Deferred Adjudication relating to a possession of marijuana

offense. Under the Order, appellant was

placed on deferred adjudication community supervision for a period of ten years

and was assessed a $1,500 fine. However,

due to appellant
s nonfeasance in prosecuting this appeal, we now dismiss the

appeal for want of prosecution. <o:p></o:p>

Appellant
s

appointed trial counsel timely filed notice of appeal on appellant
s behalf on

December 16, 2010. On January 19, 2011,

this Court received a request from the trial court clerk for extension of time

to file the clerk
s record. This motion

indicated that appellant had not paid or made arrangements to pay for the

clerk
s record and that no attorney had
appeared
in the case for appeal. On that same date, this Court granted the

clerk
s request for extension, and sent separate notice to appellant regarding

his failure to pay for or make arrangements to pay for the clerk
s record. Further, this Court notified appellant that,

if this Court did not receive the clerk=s record or a certification from the clerk or appellant that

the record had been paid for or that satisfactory arrangements had been made

for the preparation of the record by February 21, 2011, this Court may dismiss

the appeal for want of prosecution. See

Tex. R. App. P. 37.3(b). When the Court did not receive the clerk
s

record by this deadline and, in fact, received another request for extension of

time to file the clerk
s record, again indicating that appellant had not paid

or made arrangements to pay for the clerk
s record, we abated and remanded the

case to the trial court on March 9, 2011.

<o:p></o:p>

Our Order of Abatement and Remand

clarified that appointed trial counsel remained responsible for ensuring that

appellant
s appeal was diligently pursued, and directed the trial court to hold

a hearing to determine: (1) whether appellant desires to prosecute this appeal;

(2) if appellant desires to prosecute this appeal, whether appellant is

indigent; (3) if appellant is indigent and desires to prosecute the appeal,

whether he is entitled to have the appellate record furnished without charge;

(4) whether present counsel for appellant has abandoned the appeal; (5) if

appellant desires to prosecute this appeal and is indigent, whether appellant=s present counsel should be replaced;

and (6) what orders, if any, should be entered to assure the filing of

appropriate notices and documentation to dismiss appellant=s appeal if appellant does not desire

to prosecute this appeal or, if appellant desires to prosecute this appeal, to

assure that the appeal will be diligently pursued. As directed, the trial court held this hearing

on March 24, 2011.<o:p></o:p>

Appointed trial counsel for appellant

and counsel for the State appeared at this hearing and announced ready. However, appellant did not appear. Following this hearing, the trial court

entered findings of facts and conclusions of law that include the following

findings:<o:p></o:p>

Since Appellant
s release from custody[,] he

has failed to have any contact with his counsel.<o:p></o:p>

Since Appellant
s release from custody[,] he

has failed to have any contact with his community supervision officer[,] and has

failed to comply with any terms and conditions of his community supervision.<o:p></o:p>

All attempts to locate Appellant by both counsel and community

supervision have been fruitless.<o:p></o:p>

Appellant
s conduct demonstrates a willful and intentional failure to

comply with the requirements of pursuing an appeal.<o:p></o:p>

Appellant has wholly failed to establish any indicia of a desire to

pursue his appeal or cooperate with the judicial process.<o:p></o:p>

<o:p> </o:p>

In addition, the trial court made the

following conclusion of law:
Appellant
s willful and intentional failure to

comply with the requirements of the judicial process[,]

and his failure to communicate with counsel constitutes [a] clear desire not to

prosecute this appeal.
<o:p></o:p>

Under

these circumstances, we conclude that this appeal was not taken with the

intention of pursuing it to completion, but instead was taken for other

purposes unrelated to the disposition of the case. Meyer v. State, 310

S.W.3d 24, 26 (Tex.App.Texarkana 2010, no pet.). As such, we conclude that appellant
has

engaged in dilatory and bad faith abuse of the judicial process.
Id.; see also

Brager v. State, No. 0365-03, 2004 Tex.Crim.App. LEXIS 2203, at *6-*7

(Tex.Crim.App. Oct. 13, 2004) (not designated

for publication). Consequently, we now

invoke Rule 2 of the Texas Rules of Appellate Procedure as well as our inherent

authority to control disposition of causes on our docket, and dismiss this

appeal for appellant
s want of prosecution.

See Tex. R. App. P. 2, 42.3(b); Brager, 2004 Tex.Crim.App.

LEXIS 2203, at *10; Meyer, 310 S.W.3d at 26-27; Rodriguez

v. State, 970 S.W.2d 133, 135 (Tex.App.Amarillo

1998, pet. ref
d).<o:p></o:p>

<o:p> </o:p>

<o:p> </o:p>

<o:p> </o:p>

Mackey

K. Hancock<o:p></o:p>

Justice<o:p></o:p>

Do

not publish. <o:p></o:p>

<o:p> </o:p>

</body>

</html>